**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Deforest GLOVER,
Defendant–Appellant.**

**No. 03–50195.
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

William Deforest Glover, pro se, Three Rivers, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM.*

This court granted William DeForest Glover, federal prisoner # 15132–180, a

---

certificate of appealability ("COA") to appeal the denial of his 28 U.S.C. § 2255 motion, wherein he challenged his 92–month sentence for being a felon in possession of a firearm. *See United States v. Glover,* No. 03–50195, 2003 WL 22682127 (5th Cir. Nov. 13, 2003) (unpublished). The COA specified the issue on appeal as whether Glover's counsel objected to the application of U.S.S.G. § 2K2.1(b)(4) in a manner that rendered his assistance ineffective. *Id.* at 3. As it appeared that the district court did not address the merits of this issue below, the parties were also directed to address whether the record is sufficiently developed for appellate review. *Id.*

The Government concedes that the record is not sufficiently developed for review by this court. Accordingly, the Government now moves to remand this matter to the district court to allow for the development of a complete record.

The Government's motion is well-taken. Accordingly, the judgment of the district court is vacated and the matter is remanded for further proceedings.

MOTION TO REMAND GRANTED; JUDGMENT VACATED; MOTION FOR EXTENSION OF TIME TO FILE BRIEF DENIED AS MOOT.

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.